UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASTEVE L. EDWARDS,
individually and for others similarly situated,

        Plaintiffs,                        Case No. 2:22-cv-12022

v.                                      Honorable Susan K. DeClercq
                                            United States District Judge

NAATIONLA ENTERPRISE SYSTEMS INC.,

        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered today:

It is **ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 19 is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

**This order closes the above-captioned case**.

                                                        */s/Susan K. DeClercq*
                                                        SUSAN K. DeCLERCQ
                                                        United States District Judge

Dated: 8/9/2024